IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS

FILED

AUG 2 6 2011

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                 DEPUTY CLERK

MAHMOOD GUILANI             §
                            §
          Plaintiff         §
                            §
v.                          §     No. SA-11-CA-59
                            §
CHASE INVESTMENT SERVICES   §
CORP. and THOMAS McNAIRY    §
                            §
          Defendants        §
                            §

## ORDER REGARDING PLAINTIFF'S MOTION
## TO DESIGNATE TESTIFYING EXPERT WITNESSES

This case was first assigned to the Honorable Orlando Garcia, and on March 15, 2011, Judge Garcia issued a Scheduling Order (Docket No. 3). However, after the case was transferred, this Court entered its own Order Vacating Scheduling Order (Docket No. 14). Thereafter, the Plaintiff filed a motion for leave to designate testifying expert witnesses (Docket No. 16) and based his request on the deadlines in the vacated scheduling order. The Court therefore finds that the Plaintiff's motion to designate is moot, and that the following order should be entered.

IT IS ORDERED that the Plaintiff's motion for leave to designate testifying expert witnesses (Docket No. 16) be, and it is hereby, DENIED as moot.

SIGNED AND ENTERED this 25th day of August, 2011.

_____
HARRY LEE HUDSPETH
SENIOR UNITED STATES DISTRICT JUDGE