IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **MAHMOOD GUILANI,**<br>　　Plaintiff,<br><br>V.<br><br>**CHASE INVESTMENT SERVICES CORP. and THOMAS MCNAIRY,**<br>　　Defendants. | §<br>§<br>§<br>§　C.A. NO. 5:11-CV-00059-HLH<br>§<br>§<br>§<br>§ |

## JOINT ADR REPORT

Pursuant to Local Rule CV-88(c), the Parties hereby file their Joint ADR Report.

Plaintiff recently tendered a settlement offer to which Defendant has not yet responded.

Plaintiff is amenable to mediation. Defendant has not yet determined if they are amenable to mediation.

Respectfully submitted,

By: _____/s/ Glenn D. Levy_____
**GLENN D. LEVY**
State Bar No. 12264925
**LARRY GEE**
State Bar No. 00796617
906 Basse, Suite 100
San Antonio, TX  78212
Tel.: (210) 822-5666
Fax:  (210) 822-5650
*ATTORNEY FOR PLAINTIFF,*
**MAHMOOD GUILANI**

/s/ Kate L. Birenbaum
**ROBERT J. CARTY, JR.**
State Bar No. 00788794
**KATE L. BIRENBAUM**
State Bar No. 00787087
SEYFARTH SHAW, LLP
700 Louisiana, Suite 3700
Houston, Texas 77002
**ATTORNEY FOR DEFENDANTS,
CHASE INVESTMENT SERVICES
CORP. and THOMAS MCNAIRY**

## CERTIFICATE OF SERVICE

I hereby certify that on this the 14th day of November, 2011, I filed the Joint ADR Report using the Court's ECF system, which will automatically serve such document on the below named party:

Robert J. Carty, Jr.
Kate L. Birenbaum
SEYFARTH SHAW, LLP
700 Louisiana, Suite 3700
Houston, Texas 77002

/s/ Glenn D. Levy
Glenn D. Levy
*ATTORNEY FOR PLAINTIFF,*
**MAHMOOD GUILANI**
